UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00047-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    TOBIAS LOPEZ-HERMOSILLO,
        a/k/a "Toby,"
2.    RAFAEL VALDIVIA-LOMELL,
        a/k/a "Rafa,"
3.    JESUS ALVARADO-MENDEZ,
        a/k/a "Chucky,"
4.    ISMAEL CORDOVA-FRIAS,
5.    MAHDI GARY,
        a/k/a "Jimbo,"
6.    DERRICK GREGORY,
        a//k/a "DG,"
7.    NICOLE GREGORY,
8.    DARRYL HICKEY,
        a/k/a "Twin,"
9.    TAIRA HOLLIDAY,
10.  DORIAN JONES,
        a/k/a "St. Louis,"
11.  ALEJANDRO JURADO-GARCIA,
        a/k/a "The Mechanic,"
**12.  JORGE MIRELES-MONSIVAIS,**

        Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

(**#532**) on January 21, 2014, by Defendant Jorge Mireles-Monsivais.  The Court construes this

Notice as a motion to change his/her plea and to have the Court consider the terms of the parties'

plea agreement.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.      A Change of Plea hearing is set for **February 12, 2014,** at **9:00 a.m.** and a

Sentencing hearing is set for **June 2, 2014**, at **10:30 a.m.** in the United States

District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Denver, Colorado.[1]

DATED this 23rd day of January, 2014.

                    **BY THE COURT:**

                    _____

                    Marcia S. Krieger
                    Chief United States District Judge

---

[1]   In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*